**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| YOUNG AMERICANS FOR LIBERTY AT KELLOGG COMMUNITY COLLEGE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KELLOGG COMMUNITY COLLEGE, *et al.*.<br><br>*Defendants*. | Case No.: 1:17-cv-58-RJJ-RSK<br><br>THE HONORABLE ROBERT J. JONKER |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Civil Rule 40.3, Plaintiffs and Defendants jointly notify this Court that they have reached a settlement that resolves all claims in this litigation. At present, the parties are working to fulfill the terms of this agreement. Once those terms are fulfilled, the parties will seek to have this case dismissed. In the meantime, the parties request that the remaining deadlines in the Court's Amended Case Management Order, Oct. 30, 2017, ECF No. 47, be suspended.

Respectfully submitted this 24th day of January, 2018.

| | |
|---|---|
| */s/ Travis C. Barham* | */s/ Megan P. Norris* (with consent) |
| DAVID A. CORTMAN<br>Georgia Bar No. 188810<br>TRAVIS C. BARHAM<br>Georgia Bar No. 753251<br>**ALLIANCE DEFENDING FREEDOM**<br>1000 Hurricane Shoals Road NE, Ste. D-1100<br>Lawrenceville, Georgia 30043<br>Telephone: (770) 339–0774<br>Facsimile: (770) 339–6744<br>dcortman@ADFlegal.org<br>tbarham@ADFlegal.org | MEGAN P. NORRIS<br>CHRISTOPHER M. TREBILCOCK<br>**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 964–6300<br>norris@millercanfield.com<br>trebilcock@millercanfield.com<br><br>*Attorneys for Defendants* |
| JESHUA T. LAUKA (P71958)<br>**DAVID & WIERENGA, P.C.**<br>99 Monroe Avenue, N.W., Suite 1210<br>Grand Rapids, Michigan 49503<br>Telephone: (616) 454–3883<br>Facsimile: (616) 454–3988<br>jeshua@dwlawpc.com<br><br>TYSON C. LANGHOFER<br>Arizona Bar No. 032589<br>**ALLIANCE DEFENDING FREEDOM** | |

1

15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444–0020
Facsimile: (480) 444–0024
tlanghofer@ADFlegal.org

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2018, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>MEGAN P. NORRIS
>CHRISTOPHER M. TREBILCOCK
>**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
>150 West Jefferson Avenue, Suite 2500
>Detroit, Michigan 48226
>Telephone: (313) 964–6300
>norris@millercanfield.com
>trebilcock@millercanfield.com
>
>*Attorneys for Defendants*

Respectfully submitted on this the 24th day of January, 2018.

>*/s/ Travis C. Barham*
>TRAVIS C. BARHAM
>*Attorney for Plaintiffs*

3